**WESTMINSTER REALTY CORPORATION,**
**Appellant,**

v.

**WASHABAMA LP, by assignment and change of name from Washwest, LP, Appellee.**

**No. 05–1219.**

United States Court of Appeals, Federal Circuit.

Oct. 12, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Julius W. BOYKIN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

**No. 05–3356.**

United States Court of Appeals, Federal Circuit.

Oct. 13, 2005.

### ORDER

Order vacated. See 2005 WL 3598895.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.